**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT LEE JOHNSON, JR.                                                                      PLAINTIFF
ADC #100626

V.                                    NO: 4:11CV00487 DPM/HDY

DOC HOLLADAY *et al.*                                                                        DEFENDANTS

## ORDER

Plaintiff filed this complaint on June 16, 2011, naming as Defendants certain Does. However, service cannot be attempted for the Does without names. Accordingly, Plaintiff is directed to provide names for the individuals he has identified as Does. Plaintiff's failure to provide the names within 30 days will result in the recommended dismissal of his claims against the Does.

IT IS SO ORDERED this __12__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE