## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBERT LEE JOHNSON, JR.**
**ADC# 100626**                                                                         **PLAINTIFF**


v.                              **No. 4:11-cv-487-DPM**


**DOC HOLLADAY, Sheriff, Pulaski**
**County; and JOHN DOES 1–3, Shift**
**Comander, Deputy, & Administrator**
**at Pulaski County Regional Detention**
**Facility**                                                                         **DEFENDANTS**


### ORDER

The Court has considered Magistrate Judge H. David Young's Proposed

Findings and Recommendations, *Document No. 13*.  No one has objected.

Having reviewed the proposal for clear errors of fact on the face of the record,

FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal

error, the Court adopts the proposal as its own.  Holladay's motion to dismiss,

*Document No. 7*, is granted.  Johnson's complaint is dismissed with prejudice

with respect to his claims against Holladay. Johnson's complaint is dismissed

without prejudice in all other respects.

So Ordered.

D.P. Marshall Jr.
United States District Judge

16 Dec. 2011