IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT LEE JOHNSON, JR.
ADC# 100626                                                                         PLAINTIFF

v.                             No. 4:11-cv-487-DPM

DOC HOLLADAY, Sheriff, Pulaski
County; and JOHN DOES 1-3, Shift
Comander, Deputy, & Administrator
at Pulaski County Regional Detention
Facility                                                                              DEFENDANTS

## JUDGMENT

Robert Johnson's complaint is dismissed with prejudice with respect to his claims against Holladay. Johnson's complaint is dismissed without prejudice in all other respects.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 Dec. 2011